**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

AMANDA LYNN SMITH,

        Plaintiff,

vs.                                           CASE NO. 5:09cv387/RS-MD

CITY OF SPRINGFIELD,

        Defendant.
_____/

## ORDER

Before me is Plaintiff's Notice Of Voluntary Dismissal (Doc. 22). Fed. R. Civ. P. 41(a)(1)(i) provides "...The plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or..." The Defendant has filed an Answer (Doc. 5). Plaintiff's Notice of Dismissal will be construed as a notice of settlement pursuant to N.D. Fla. Loc. R. 16.2(D).

**IT IS ORDERED:**

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement is not consummated, the court reserves jurisdiction, upon motion filed by any party within sixty days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file of this case for administrative purposes, and upon the expiration of sixty days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on April 20, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**